UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARTIN SANCHEZ ALANIS,                          1:13-cv-00808-DLB (PC)

                          Plaintiff,            ORDER DENYING APPLICATION TO
                                                PROCEED IN FORMA PAUPERIS WITHOUT
                                                PREJUDICE (ECF No. 2)
v.
                                                ORDER TO SUBMIT CORRECT
COPENHAVER, et al.,                             APPLICATION TO PROCEED IN FORMA
                                                PAUPERIS OR PAY FILING FEE WITHIN 45
                          Defendants.           DAYS
_____/

        Plaintiff is a federal prisoner proceeding pro se in a civil rights action pursuant to *Bivens vs.*

*Six Unknown Agents*, 403 U.S. 388 (1971).   Plaintiff has not paid the $350.00 filing fee, or

submitted the correct application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Plaintiff's application, filed May 22, 2013, is denied without prejudice.

        Accordingly, IT IS HEREBY ORDERED that:

        1.  The Clerk's Office shall send to plaintiff the form for application to proceed in forma

pauperis.

        2.  Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

the $350.00 filing fee for this action.   **Failure to comply with this order will result in dismissal of**

**this action.**

        IT IS SO ORDERED.

        **Dated:   May 30, 2013**              _____ **/s/ Dennis L. Beck**_____
                                              UNITED STATES MAGISTRATE JUDGE