1
2
3
4
5
6                            UNITED STATES DISTRICT COURT

7                            EASTERN DISTRICT OF CALIFORNIA

8    MARTIN SANCHEZ ALANIS,                    1:13-cv-00808-DLB (PC)

9                                              ORDER   DENYING   APPLICATION   TO
                       Plaintiff,              PROCEED IN FORMA PAUPERIS WITHOUT
10                                             PREJUDICE (ECF No. 2)

11   v.
                                               O R D E R   T O   S U B M I T   C O R R E C T
     COPENHAVER, et al.,                       APPLICATION TO PROCEED IN FORMA
12                                             PAUPERIS OR PAY FILING FEE WITHIN 45
                       Defendants.             DAYS
13   _____/

14          Plaintiff is a federal prisoner proceeding pro se in a civil rights action pursuant to *Bivens vs.*

15   *Six Unknown Agents*, 403 U.S. 388 (1971).   Plaintiff has not paid the $350.00 filing fee, or

16   submitted the correct application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

17   Plaintiff's application, filed May 22, 2013, is denied without prejudice.

18          Accordingly, IT IS HEREBY ORDERED that:

19          1.  The Clerk's Office shall send to plaintiff the form for application to proceed in forma

20   pauperis.

21          2.  Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

22   attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

23   the $350.00 filing fee for this action.   **Failure to comply with this order will result in dismissal of**

24   **this action.**

25          IT IS SO ORDERED.

26      **Dated:    May 30, 2013**              _____/s/ **Dennis L. Beck**_____
                                                UNITED STATES MAGISTRATE JUDGE
27

28